UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY JACKSON, | |
| Plaintiff, | Case No. 1:10-cv-1255 |
| v. | Honorable Paul L. Maloney |
| ROBERT HOLMES BELL, | |
| Defendant. | |

## **JUDGMENT**

In accordance with the memorandum opinion filed this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that plaintiff is denied leave to appeal this judgment *in forma pauperis*, the court finding that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).


Dated: December 21, 2010           /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    Chief United States District Judge